and others. No opinion. Order affirmed, with $10 costs and disbursements.

EUREKA SANITARY PIPE & FAUCET CO., Appellant, v. PALMER, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by the Eureka Sanitary Pipe & Faucet Company against Frank L. Palmer. No opinion. Judgment and order affirmed, with costs.

In re FAGAN. (Supreme Court, Appellate Division, First Department. March 11, 1910.) In the matter of the application of Mary Fagan for the sale of real property, etc. J. T. Ryan, for appellant. L. W. Thompson, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

FELDMAN, Appellant, v. BALDWIN, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Henry Feldman against Stephen Baldwin.

PER CURIAM. Final order, and order of the Municipal Court, affirmed, with costs, on the ground that the landlord waived his right to object to the power of the court by ascribing to it power to amend his defective pleadings.

HIRSCHBERG, P. J., votes to affirm generally.

FELLER, Respondent, v. KRONOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Emanuel Feller against William Kronowitz.

PER CURIAM. The injunction order appears to have been granted without security, and no provision for security is made in the order. See Code Civ. Proc. § 620, and Howley v. Francis Press, 127 App. Div. 646, 111 N. Y. Supp. 1080. The order is reversed, with $10 costs and disbursements, and motion denied, with costs.

FENN v. W. M. OSTRANDER, Inc., et al. (Supreme Court, Appellate Division, First Department. October, 1909.) Action by Nene van T. Fenn against William M. Ostrander, Incorporated, and others.

PER CURIAM. Motion for leave to go to Court of Appeals granted. Settle order on notice. See, also, 133 App. Div. 940, 118 N. Y. Supp. 117.

FENN et al. v. W. M. OSTRANDER, Inc., et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Nene van T. Fenn and others against W. M. Ostrander, Incorporated, and others. No opinion. Motion granted, on condition that the moving party give a bond to pay the costs and disbursements of the reference and the costs on appeal, if the order be affirmed or the appeal dismissed. Settle order on notice. See, also, 133 App. Div. 940, 118 N. Y. Supp. 117.

FERDINAND MUNCH BREWERY, Appellant, v. KATZ, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by the Ferdinand Munch Brewery against David Katz. No opinion. Judgment of the Municipal Court affirmed, with costs.

FIARDO, Respondent, v. MASSA, Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Albert Fiardo against Antonio Massa. No opinion. Judgment of the Munipical Court affirmed, with costs.

FISHER, Respondent, v. WAKEFIELD PARK REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Anthony Fisher against the Wakefield Park Realty Company. No opinion. Motion to resettle order denied, without costs. Motion for reargument denied, with $10 costs. For original opinion, see 120 N. Y. Supp. 129.

FLUKER, Respondent, v. ZIEGELE BREWING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Grant Fluker, an infant, etc.. against the Ziegele Brewing Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent upon the ground that the evidence fails to establish actionable negligence on the part of the defendant.

FOOTE, Respondent, v. TODD, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Herbert T. Foote against Henry W. Todd. W. L. Snyder, for appellant. P. W. Russell, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FORD, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Jennie Ford, as administratrix, etc., against the Interborough Rapid Transit Company. B. H. Ames, for appellant. L. L. Fish, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FORD, Appellant, v. STERN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Bernard J. Ford against Joseph Stern and others. E. J. Murphy, for appellant. J. V. Bouvier, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

SCOTT, J., dissents.

In re FREEMAN. (Supreme Court, Appellate Division, Second Department. March 4,